IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, AIS #224802, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0320-CG-M |
| VIVIAN LANGFORD, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE